| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| MATTHEWS SAMUEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-cv-473 |
| | § | |
| JOHNSON & JOHNSON, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On October 22, 2014, the court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. (Doc. No. 19.) Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., and Janssen Research and Development, L.L.C. (collectively, "Johnson Defendants") filed a "Motion for Summary Judgment" (Doc. No. 27) on February 24, 2015. The court has received and considered the report (Doc. No. 41) of the magistrate judge, who recommends the court grant the Johnson Defendants' motion. No objections to the report and recommendation have been filed. The court's independent review confirms that the magistrate judge's analysis is correct.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 41) is **ADOPTED** and the Johnson Defendants' "Motion for Summary Judgment" (Doc. No. 27) is **GRANTED**. Final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 15th day of September, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE